

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00321-CR

Charles I. **COPELAND,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10159
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

The reporter's record was due on September 27, 2021. The court reporter filed a notification of late record. The notification of late reporter's record is hereby NOTED. Time is extended to October 27, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court